IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LATANYA WRIGHT, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION 2:16-CV-00911 |
| | § | |
| HUNT STYLE TRUCKING, LLC AND | § | |
| JERRY WALKER, | § | |
| | § | |
| *Defendants.* | § | JURY DEMANDED |

## NOTICE OF SETTLEMENT AND UNOPPOSED MOTION TO STAY ALL DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LATANYA WRIGHT, Plaintiff, and would respectfully move the Court as follows, to-wit:

1. This case has settled;

2. Plaintiff is moving the Court to stay all deadlines pending submission of closing documents;

3. Plaintiff is moving the Court to order that the closing documents be submitted no later than August 16, 2019.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court stay all pending deadlines and that all closing documents be submitted on or before August 16, 2019, and for such other and further relief to which Plaintiff may be entitled, both general and special, at law and in equity.

1

Respectfully submitted,

**Goudarzi & Young, LLP**

By: /s/ *Brent Goudarzi*
**BRENT GOUDARZI**
State Bar No. 00798218
goudarziyoung@goudarzi-young.com
P.O. Drawer 910
Gilmer, Texas 75644
(903) 843-2544
(903) 643-2026 (fax)

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel has conferred with counsel for Defendants and said counsel is unopposed to the Court granting this motion.

/s/ *Brent Goudarzi*
**BRENT GOUDARZI**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was filed electronically in accordance with the Federal Rules of Civil Procedure on this the 16th day of July, 2019.

/s/ *Brent Goudarzi*
**BRENT GOUDARZI**